UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: SPECIALTY FOOD DISTRIBUTORS, INC.

CASE # 92-47179

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

FRESH FOODS OF CALIFORNIA, Creditor in this case, hereby petitions the Court for the release of $3,088.67 being held in the registry of this court as unclaimed funds. A dividend check in the amount totaling $3,088.67 was not negotiated by Fresh Foods of California. The Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

Applicant further states that:

1. Applicant has entered into an agreement or otherwise represents the creditor in this application. The terms and conditions of such agreement are attached as an original Agent Authorization from the individual creditor or the duly authorized representative for the business or Corporation.

2. Applicant has made sufficient inquiry and has no knowledge that this claim is currently pending before the Court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant is corresponding with Dianne Coleman, President of Fresh Foods of California The current address and phone number for Fresh Foods of California is 4756-4 Telephone Road, Ventura, CA 93003 (805) 797-5768 (see enclosed documentation)

4. The undersigned certifies under penalty of perjury, that the attachments submitted in support of this application are filed in good faith and are intended to recover funds rightfully owed the creditor.

Dated: 10/12/04

Charlene J. Keys dba Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
(925) 228-0120

**FILED**

JUN 5 2000

KEENAN G. CASADY CLERK
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

Specialty Food Distributors, Inc.
    Debtor.

Case #92-47179 JT
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the court, unclaimed dividends in the amount of $3,088.67.

The Names(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| N/A | Fresh Foods of California<br>1653 W. El Segundo Blvd.<br>Gardena, CA 90249 | $16,017.09 | $3,088.67 |

Dated: 5/31/00

Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee

# AGENT AUTHORIZATION

Fresh Foods of California ("the Company") does hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

>    To reclaim, $3,088.67 only, less agreed upon fee, to the signatory below.

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing, or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED 10/4/04          SIGNED P. Dianne Coleman

CORPORATE SEAL          PRINT NAME & TITLE P. DIANNE COLEMAN - PRES

TIN ID Number (TIN) _____

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.
Dated 10·4·04   Signed P. Dianne Coleman

---

## NOTARY ACKNOWLEDGMENT

State CALIFORNIA, County of VENTURA

ACKNOWLEDGED before me on this date 10/06/2004, by the Individuals described above and holding the position designated in this Instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL

Gaston R. Gomez
NOTARY PUBLIC
My commission expires 7/31/2008
State and County CALIFORNIA VENTURA

GASTON R. GOMEZ
Comm. # 1498295
NOTARY PUBLIC - CALIFORNIA
Ventura County
My Comm. Expires JULY 31, 2008

# Keys Research

**Abandoned Funds Investigation & Recovery**
23630 Southeast 440th, Enumclaw, WA 98022
360-825-7300
Fax 360-825-5482

PROOF OF SERVICE BY U.S. MAIL

KEYS RESEARCH declares that on October 12, 2004, a letter was directed to U.S. Attorney, for the Northern District of California in compliance with U.S. Bankruptcy Court procedures of notification and was placed for delivery with the U.S Postal Service in Enumclaw, Washington for the following case:

Case #    : 92-47179
DEBTOR    : SPECIALTY FOOD DISTRIBUTORS, INC.
CREDITOR  : FRESH FOODS OF CALIFORNIA
Amount    : $3,088.67

I declare under penalty of perjury under the United States of America the foregoing is true and correct.

DATED 10/12/04     BY: _____
                   Charlene Keys, Attorney-in-fact
                   Keys Research
                   23630 SE 440TH Street
                   Enumclaw, WA 98022
                   (360) 825-7300

# FRESH FOODS OF CALIFORNIA, INC.

Fresh Foods of California Inc.



P. Dianne Coleman
*President*

(213) 757-2196
(800) 421-1464
FAX (213) 777-9639

1653 W. El Segundo Blvd.
Gardena, California 90249

1756-4 TELEPHONE ROAD # 110 ; VENTURA, CA. 93003 TELEPHONE (805) 797-5768 FAX (805) 659-1432 E-MAIL GAIA2000@ADELPHIA.NET



# State of California
## Bill Jones
### Secretary of State

P.O. Box 944230
Sacramento, CA 94244-2300
Phone: (916) 657-3537

**96-295292**

FILED
SACRAMENTO, CALIF

Jun 24 '96

*Bill Jones*
SECRETARY OF STATE

## STATEMENT BY DOMESTIC STOCK CORPORATION
THIS STATEMENT MUST BE FILED WITH CALIFORNIA SECRETARY OF STATE (SEC. 1502, CORPORATIONS CODE)

**A $10 FILING FEE MUST ACCOMPANY THIS STATEMENT.**

WHEN COMPLETING FORM, PLEASE USE BLACK TYPEWRITER RIBBON OR BLACK INK

**IMPORTANT—Please Read Instructions On Back Of Form**

DO NOT ALTER PREPRINTED NAME. IF ITEM NO. 1 IS BLANK, PLEASE ENTER CORPORATE NAME.

1. C0708527   DUE DATE 07-31-96   05618S
   FRESH FOODS OF CALIFORNIA, INC.
   1653 W EL SEGUNDO BLVD
   GARDENA, CA  90249

* IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION ON FILE—PROCEED TO LINE 16.    DO NOT WRITE IN THIS SPACE

### THE CALIFORNIA CORPORATION NAMED HEREIN, MAKES THE FOLLOWING STATEMENT

| # | Field | Address | Room No. | City and State | Zip Code |
|---|---|---|---|---|---|
| 2. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 1653 W. El Segundo Blvd | | 2A. Gardena, CA | 2B. 90249 |
| 3. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA (IF ANY) | | | 3A. CA | 3B. |
| 4. | MAILING ADDRESS | 1653 W El Segundo Blvd | | 4A. Gardena, CA | 4B. 90249 |

### THE NAMES OF THE FOLLOWING OFFICERS ARE:
(Must have these three officers (Sec. 312, Corporations Code). An officer may hold more than one office.)

| # | Title | Name | Street Address (DO NOT USE P.O. BOX) | City and State | Zip Code |
|---|---|---|---|---|---|
| 5. | CHIEF EXECUTIVE OFFICER | P. Dianne Coleman | 2445 Sleepy Hollow Dr | 5B. Glendale, Ca | 5C. 91206 |
| 6. | SECRETARY | P. Dianne Coleman | 2445 Sleepy Hollow Dr | 6B. Glendale, Ca | 6C. 91206 |
| 7. | CHIEF FINANCIAL OFFICER | P. Dianne Coleman | 2445 Sleepy Hollow Dr | 7B. Glendale, Ca | 7C. 91206 |

### INCUMBENT DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS
Officers may also be directors. Must have one or more directors (Chap. 3, Sec. 301a, Corporations Code). Statements not listing directors will be rejected.

| # | Name | Street Address (DO NOT USE P.O. BOX) | City and State | Zip Code |
|---|---|---|---|---|
| 8. | P. Dianne Coleman | 2445 Sleepy Hollow Dr | 8B. Glendale, CA | 8C. 91206 |
| 9. | | | | |
| 10. | | | | |

11. THE NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: __0__

### DESIGNATED AGENT FOR SERVICE OF PROCESS (Only one agent may be named and must reside in California.)

12. NAME: P. Dianne Coleman

13. CALIFORNIA STREET ADDRESS IF AGENT IS AN INDIVIDUAL. (DO NOT USE P.O. BOX) DO NOT INCLUDE ADDRESS IF AGENT IS A CORPORATION.
    1653 W. El Segundo Blvd. Gardena, Ca 90249

14. DESCRIBE TYPE OF BUSINESS OF THE CORPORATION NAMED IN ITEM 1.
    Food Processor

15. I DECLARE THAT I HAVE EXAMINED THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

| P. Dianne Coleman | *P. Dianne Coleman* | CEO | 5-21-96 |
|---|---|---|---|
| TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT | SIGNATURE | TITLE | DATE |

*16. I DECLARE THERE HAS BEEN NO CHANGE IN THE INFORMATION CONTAINED IN THE LAST STATEMENT OF THE CORPORATION WHICH IS ON FILE IN THE SECRETARY OF STATE'S OFFICE. DOES NOT APPLY ON INITIAL FILING.

[ ] (CHECK HERE)

| | | | |
|---|---|---|---|
| TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT | SIGNATURE | TITLE | DATE |

SO-200 N/C (REV. 11/95)

20

LAW OFFICES

# STONE & HILES

PENTHOUSE
9440 SANTA MONICA BOULEVARD
BEVERLY HILLS, CALIFORNIA 90210

RICHARD A. STONE
RUSSEL D. HILES
PHILLIP L. HEEGER
NORMA ANN DAWSON
MICHAEL KAHN
LAURIE RITTENBERG
MARJORIE A. LEVY
DAVID L. SCHAFFER

TELEPHONE (213) 274-8749
FAX (213) 550-0483

March 4, 1991

PERSONAL AND CONFIDENTIAL

Ms. P. Dianne Coleman
Fresh Foods of California
1653 W. El Segundo Blvd.
Gardena, California  90249

      Re:  Fresh Foods of California, Inc.

Dear Dianne:

      Enclosed are Waivers and Minutes of meetings of the Sole Shareholder and Board of Directors of the corporation, reflecting meetings of each body held December 27, 1990.

      The Waiver of the Shareholder meeting must be signed by you as the sole shareholder; the Waiver of the Directors meeting and the minutes of both meetings are to be signed by you and Sam in the spaces indicated.

      Please return the signed originals to my office to be placed in the Minute Book. I enclose copies for your records, and concurrently am sending copies to Victor Hazard.

      Best.

                                                Cordially,

                                                RICHARD A. STONE

RAS/c
Enclosures
cc:  Victor Hazard, C.P.A.

## MINUTES OF SPECIAL MEETING
## OF SOLE SHAREHOLDER OF

### FRESH FOODS OF CALIFORNIA, INC.

A special meeting of the sole shareholder of FRESH FOODS OF CALIFORNIA, INC., a California corporation, was held at the offices of the corporation on December 27, 1990 at 2:00 P.M.

The following shareholder was present, being the sole shareholder of the corporation and holding the number of shares set forth opposite her name:

    P. Dianne Coleman           10,000 shares

Also present at the meeting was Mildred Sam.

Ms. Coleman, President of the corporation, acted as Chairwoman of the meeting, and Ms. Sam, Secretary of the corporation, acted as Secretary of the meeting.

The Chairwoman announced that the meeting was held pursuant to written Waiver of Notice and Consent thereto signed by the sole shareholder of the corporation. Such Waiver and Consent was presented to the meeting, and upon motion duly made, seconded and unanimously carried, was made a part of these Minutes and now precedes the Minutes of the meeting in the Minute Book of the corporation.

The Chairwoman announced that the first order of business should be the election of Directors for the coming year. On motion duly made, seconded and unanimously

| | | |
|---|---|---|
| LSC INCOME YEAR **1998** | Corporation Estimated Tax | CALIFORNIA FORM **100-ES** |

For calendar year 1998 or fiscal year beginning MONTH DAY YEAR **1998**, and ending MONTH DAY YEAR **19** .

Check box to indicate the type of form this entity will file:
(1) ☒ Form 100  (2) ☐ Form 100S  (3) ☐ Form 109

**Installment 1**

Calendar year – Due April 15, 1998
Fiscal year – Due the 15th day of the 4th month of the income year. See instructions.

California corporation number: 0708527
Federal employer identification number (FEIN): 95-2900169

Corporation name: Fresh Foods of California, Inc.
Address: 1653 W. El Segundo Blvd.
City: Gardena, State: CA, ZIP code: 90249

Estimated Tax Amount: 800.
QSSS Tax Amount:
Total Installment Amount: $ 800.

Return this form with a check or money order payable to:
FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO CA 94257-0531
EFT Taxpayer: Do not use this form.

-------- DETACH HERE --------

| | | |
|---|---|---|
| LSC INCOME YEAR **1998** | Corporation Estimated Tax | CALIFORNIA FORM **100-ES** |

For calendar year 1998 or fiscal year beginning MONTH DAY YEAR **1998**, and ending MONTH DAY YEAR **19** .

Check box to indicate the type of form this entity will file:
(1) ☒ Form 100  (2) ☐ Form 100S  (3) ☐ Form 109

**Installment 2**

Calendar year – Due June 15, 1998
Fiscal year – Due the 15th day of the 6th month of the income year. See instructions.

California corporation number: 0708527
Federal employer identification number (FEIN): 95-2900169

Corporation name: Fresh Foods of California, Inc.
Address: 1653 W. El Segundo Blvd.
City: Gardena, State: CA, ZIP code: 90249

Estimated Tax Amount:
QSSS Tax Amount:
Total Installment Amount: $

Return this form with a check or money order payable to:
FRANCHISE TAX BOARD, PO BOX 942857, SACRAMENTO CA 94257-0531
EFT Taxpayer: Do not use this form.

-------- DETACH HERE --------

# FRESH FOODS OF CALIFORNIA, INC.

## Guarantees:

Its fine foods are available only through carefully selected distributors to assure properly handled products.

> New concepts and production techniques to bring you a more durable, reliable, and beautiful product.
>
> FFC welcomes in-house inspection at any time ... No appointment necessary.
>
> FFC is your kitchen extension and guarantees 100 per cent usable product instead of your present 40 per cent yield loss.
>
> FFC guarantees more cooler space available and lower workmen's-compensation claims by making your slicer obsolete.
>
> FFC's total cold handling, space-age electronic metering, and constant monitoring surpasses the finest, but warm, modern kitchen in maintaining beautiful, prepared vegetables.
>
> FFC specializes only in the preparation of cold vegetables, therefore, our eye-appeal equals that of on-site, freshly prepared foods ... with greater consistency of quality.
>
> FFC's standing policy of stabilized pricing gives more predictable cost-portion control.

*P. Dianne Coleman*
P. DIANNE COLEMAN
PRESIDENT

FFC/EU/Ins/10-5

Case: 92-47179   Doc# 171   Filed: 08/25/05   Entered: 08/31/05 10:57:20   Page 10 of 10